1  COUNSEL OF RECORD
   LISTED ON LAST PAGE
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10                         OAKLAND DIVISION
11

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,, | Case No. C 02-05837 CW |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| v. | |
| TESSERA, INC., a Delaware corporation and TESSERA TECHNOLOGIES, INC., a Delaware corporation,, | |
| Defendant. | |
| TESSERA, INC., a Delaware corporation, | |
| Counterclaim Plaintiff, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, a New York corporation and SAMSUNG SEMICONDUCTOR, INC., a California corporation, | |
| Counterclaim Defendants. | |

Stipulated Dismissal With Prejudice
SV1:\214831\01\4LRJ01!.DOC\71868.0015                                    Case No. C 02-05837 CW

Plaintiff/Counterclaim Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, and Samsung Semiconductor, Inc. ("Samsung"), by and through their attorney of record, Weil, Gotshal & Manges LLP, and Defendant/Counterclaim Plaintiffs Tessera, Inc. and Tessera Technologies, Inc. ("Tessera"), by and through their attorney of record, Ropes & Gray LLP,

HEREBY STIPULATE AND AGREE that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the entire action, including all claims, counterclaims, and defenses, be and is hereby dismissed with prejudice, each side to bear its own expenses, costs, and attorneys' fees incurred in connection with the above action.

Respectfully Submitted,

Matthew D. Powers (Bar No. 104795)
Steven S. Cherensky (Bar No. 168275)
Nicholas A. Brown (Bar No. 198210)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwoods Shores Parkway, CA 94065
Telephone: (650) 802-3000

Dated: February 2, 2005    By:    /s/ Steven Cherensky
                                  Steven Cherensky

Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, and Samsung Semiconductor, Inc.

ROBERT J. GOLDMAN (Bar No. 189922)
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 596-9090

Dated: February 2, 2005    By:    /s/ Sasha Rao
                                  Sasha Rao

Attorneys for Tessera, Inc. and Tessera Technologies, Inc.

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed signature (/s/) within this efiled document.

                                                /s/ Steven Cherensky
                                                Steven Cherensky

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/4/05

/s/ CLAUDIA WILKEN

Hon. Claudia Wilken
United States District Court Judge

## DECLARATION OF SERVICE

I am a citizen of the United States, more than 18 years old, and not a party to this action. My place of employment and business address is 201 Redwood Shores Parkway, Redwood Shores Parkway, CA 94065. On February 3, 2005 I caused a copy of the **STIPULATED DISMISSAL WITH PREJUDICE** to be served on Tessera, Inc. and Tessera Technologies, Inc. as follows:

**[ X ] BY MAIL** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. The above document was placed in a sealed envelope with first-class postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practices.

**[X] BY FACSIMILE** The facsimile machine used to serve the above document on said party or parties produced a record showing that the facsimile transmission was completed successfully.

**[ ] BY OVERNIGHT COURIER SERVICE** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for deposit with an overnight delivery service. Correspondence placed for collection and processing is either delivered to a courier or driver authorized by said overnight delivery service to receive documents or deposited by an employee or agent of this firm in a box or other facility regularly maintained by said overnight delivery service that same day in the ordinary course of business.

Robert J. Goldman, Esq.
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94306

Executed on February 3, 2005, at San Jose, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Ellen Hart